# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESCO CORPORATION, et al., ) | |
| ) Plaintiffs, ) | Case No. 2:12-cv-01545-RCJ-PAL |
| ) vs. ) | **ORDER** |
| ) CASHMAN EQUIPMENT COMPANY, ) | (Jt. Mot Cont Sched Conf - Dkt. #46) |
| ) Defendants. ) | |

Before the court is Defendants' Joint Motion to Continue Scheduling Conference (Dkt. #46), filed December 13, 2012. The undersigned is informed that the motion to stay in this matter will be decided by the district judge. As such,

**IT IS ORDERED** that the Defendants' Joint Motion to Continue Scheduling Conference (Dkt. #46) is **GRANTED**. The scheduling conference currently scheduled for **December 20, 2012, at 8:30 a.m.,** is **VACATED** until after decision on the motion to stay.

Dated this 13th day of December, 2012.

_____
Peggy A. Leen
United States Magistrate Judge